with International Railway Company.— Judgment and order affirmed, with costs. All concurred.

Harlow C. Curtiss, Respondent, v. William T. Jebb, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alfred Brickle, Respondent, v. Herbert H. Schaeffer, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented.

Margaret Devine, Appellant, v. Ellen Collins, Respondent.— Judgment affirmed, with all costs. All concurred.

Frances E. Schenck, Appellant, v. Eugene H. Schenck, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that the plaintiff proved facts sufficient to establish a cause of action. All concurred, except McLennan, P. J., and Robson, J., who dissented.

The People of the State of New York ex rel. Frank Blood, Appellant, v. J. George Haffa, as Keeper of Erie County Penitentiary, Respondent.— Order affirmed. All concurred.

Harrietta Hurd, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William J. Scott, Appellant, v. International Paper Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented; Williams, J., not sitting.

Nicholas J. Brown and Edward H. R. Martin, Respondents, v. William Horan, Appellant, Impleaded with John J. L. Walter, Respondent.— Judgment affirmed, with costs. All concurred.

James H. Harrington, Respondent, v. John Welch and Carrie Griffin, Appellants.— Interlocutory judgment, so far as appealed from, reversed, with costs of the appeal, and judgment modified by striking out that part which makes the costs allowed the defendants abide the event of the action, and by providing that costs of the defendants be taxed by the clerk of the county of Chautauqua. All concurred.

Stephen B. Keleher, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Spring, J., not sitting.

Henry F. Fullerton, Respondent, v. Auto Car Equipment Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Nicola Rullo, an Infant, etc., Respondent, v. Lane-Hennessey Contracting Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

William B. Mersereau, Respondent, v. L. K. Hirsch Company, Appellant.— Motion for reargument denied, with ten dollars costs.

Charles D. Rood, Appellant, v. Bank of Cattaraugus, Respondent.— Appeal dismissed, unless within twenty days the appellant procure the case and exceptions to be filed and pay to respondent's attorney ten dollars costs of this motion. Memorandum by Williams, J.* All concurred; Spring, J., not sitting.

*Not furnished reporter.— [Rep.